```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
        -v-                                                      :
                                                                 :       15 Cr. 607 (JPC)
TOMMY BROWN,                                                     :
                                                                 :            ORDER
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Defendant Tommy Brown is ordered to complete a thirty-day in-patient drug treatment program, to be selected at the direction of the United States Probation Office.  Until his treatment program begins, Mr. Brown shall be monitored electronically, with the choice of monitoring technology left to the discretion of the Probation Office, shall comply with a curfew, where he will be restricted to his residence from 7:00 p.m. to 7:00 a.m., or as directed by the Probation Office, and shall not travel outside the Southern District of New York without first notifying the Probation Office and being given permission to leave.  These additional conditions of supervised release will continue after the completion of Mr. Brown's in-patient treatment program, until further order of the Court.

      SO ORDERED.

Dated: February 28, 2023
       New York, New York
                                                      JOHN P. CRONAN
                                                      United States District Judge