```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
            -v-                                                  :
                                                                 :      15 Cr. 607 (JPC)
TOMMY BROWN,                                                     :
                                                                 :           ORDER
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 9, 2023, the Court held a status conference regarding the pending alleged violations of supervised release in this matter. At the conference, the Court ordered the parties to submit a further status letter by May 23, 2023, to update the Court on the various state criminal proceedings initiated following Mr. Brown's arrests. The docket reflects that no such status letter was filed. The parties are therefore ordered to submit a letter by August 2, 2023 informing the Court of the status of Mr. Brown's state criminal proceedings, including any proceedings following his arrest by the NYPD on June 9, 2023, as well as the parties' views as to appropriate next steps in this matter.

SO ORDERED.

Dated: July 26, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge